Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

MONICA REALTY CORPORATION v. LEON BLEECKER, Impleaded with Others. — Motion denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

HERMAN M. WIN v. JONAS MILLINERY, INC.— Motion denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

NATIONAL CONCRETE METAL FORMS CORPORATION v. SIDNEY ROGOW and Another.— Motion granted upon condition that the bond of defendants be continued, that the appeal be ready for argument not later than October 24, 1930, and that defendants sell no new stock in defendant corporation meanwhile. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

CHAMPLAIN MILK PRODUCTS COMPANY, INCORPORATED, v. SILVERMAN BROS. MILK PRODUCTS, INC., and Others.— Motion granted upon condition that defendants file a surety company bond satisfactory to the plaintiff in the sum of $3,000 pending the appeal, and that the appellants procure the record on appeal to be filed so appeal can be argued on or before October 24, 1930; and upon defendants' failure to file said bond within five days from service of order then that the said motion be denied, with ten dollars costs, and the stay contained in the order to show cause dated July 1, 1930, vacated. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

WELDEN NATIONAL BANK OF ST. ALBANS v. SILVERMAN BROS. MILK PRODUCTS, INC., and Others.— Motion granted upon condition that defendants file a surety company bond satisfactory to plaintiff in the sum of $3,000 pending the appeal, and that appellants procure the record on appeal to be filed so appeal can be argued on or before October 24, 1930; and upon defendants' failure to file said bond within five days from service of order then that said motion be denied, with ten dollars costs, and the stay contained in the order to show cause dated July 1, 1930, vacated. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

OSCAR GOTTHEIF v. PARBROOK REALTY CORPORATION.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of SILAS B. AXTELL, an Attorney.— Motion to amend notice of motion and prayer for relief upon respondent's motion submitted June 13, 1930, granted; motion for reargument or for leave to appeal to the Court of Appeals from resettled order entered May 28, 1930, denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of SILAS B. AXTELL, an Attorney.— Motion denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

## SECOND DEPARTMENT, JULY, 1930.

E. J. McDONOUGH & Co., INC., Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Application denied, with ten dollars costs.

MOLLY DIAMOND, Respondent, v. WISSER GARDENS, INC., Appellant.— Application denied.